UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUZ ALVAREZ URRUTIA,<br><br>       Plaintiff<br><br>v.<br><br>TARGET CORPORATION f/k/a DAYTON HUDSON CORPORATION d/b/a TARGET STORE T-1207,<br><br>       Defendant | Case No.: 2:23-cv-00957-APG-DJA<br><br>**Order Striking Certificate of Interested Parties**<br><br>[ECF No. 2] |

   I ORDER that defendant Target's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of Target as required by the recent amendment to that rule.

   I FURTHER ORDER Target to file a proper certificate of interested parties by July 12, 2023.

   DATED this 28th day of June, 2023.

                                                                    _____
                                                                    ANDREW P. GORDON
                                                                    UNITED STATES DISTRICT JUDGE