ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
PERRY & WESTBROOK,
A Professional Corporation
11500 S. Eastern, Suite 140
Henderson, NV 89052
Telephone:  (702) 870-2400
Facsimile:   (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorneys for Defendant, Target Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUZ ALVAREZ URRUTIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION f/k/a DAYTON HUDSON CORPORATION d/b/a TARGET STORE T-1207, a foreign corporation; DOE EMPLOYEE, an individual; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendant. | CASE NO.:  2:23-cv-00957-APG-DJA |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED this 5th day of March, 2024.                    DATED this 1st day of March, 2024.

SGRO & ROGER                                           PERRY & WESTBROOK
                                                       A Professional Corporation

 /s/ Rachel Ross                                        /s/ Alan Westbrook
Anthony P. Sgro, Esq.                                  ALAN W. WESTBROOK, ESQ.
Racheal A. Ross, Esq.                                  Nevada Bar No. 6167
SGRO & ROGER                                           11500 S. Eastern, Suite 140
2901 El Camino Avenue, Suite 204                       Henderson, Nevada 89052
Las Vegas, Nevada 89102                                *Attorney for Defendant Target Corporation*
*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: March 6, 2024

2